UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Marina Flindell,

                                                                                 Index No. 07 CIV 6253

                        Plaintiff,

                  against -

                                                     AFFIRMATION OF SERVICE

JOHN DOE, US Attorney General
United States Department of Homeland Security,
MICHAEL CHERTOFF, Secretary of the Department
of Homeland Security (DHS)
U.S. Citizenship and Immigration Services,
EMILIO GONZALEZ, United States Citizenship
and Immigration Services,
MARY ANN GANTNER, District Director, New York District, USCIS
ROBERT MUELLER, Director of Federal Bureau of Investigation
                                 Defendants.
------------------------------------------------------------x

I, _Aleksanar Dorian Nissim Bugayev_, declare under penalty of perjury that I have served a copy of the attached AMENDED SUMMONS AND AMENDED PETITION FOR HEARING AND DETERMINATION OF NATURALIZATION APPLICATION PURSUANT TO 8 U.S.C. § 1447(b), by certified mail, upon the following:

<u>JOHN DOE, US ATTORNEY GENERAL</u>
ATTORNEY GENERAL OF THE UNITED STATES

U.S. Department of Justice
250 Pennsylvania Avenue NW
Washington, DC 20530-0001

<u>MICHAEL CHERTOFF</u>

U.S. Department of Homeland Security
Washington, D.C. 20528

<u>DHS</u>

U.S. Department of Homeland Security
Washington, D.C. 20528

<u>USCIS</u>

425 I Street NW, Washington D.C. 20536.

Mary Ann Gantner

USCIS, Jacob Javits Federal Building
26 Federal Plaza, New York, NY 10278

Civil Process Clerk
Michael J. Garcia, US Attorney
SDNY, Civil Division
86 Chambers Street, New York, NY 10004

Robert Mueller
Federal Bureau of Investigation
935 Pennsylvania Ave, NW
Washington, DC 20535

DATED: 9/6/7 , New York

license number # 0994372

Sworn to before me
this 6th day of September 2007

NOTARY

GARY TSIRELMAN ESQ
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
NO. 02TS6061675
COMMISSION EXPIRES JULY 16, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Marina Flindell,

                                  Plaintiff,

                    against -

Index No. 07 CIV 6253

AFFIRMATION OF SERVICE

JOHN DOE, US Attorney General
United States Department of Homeland Security,
MICHAEL CHERTOFF, Secretary of the Department
of Homeland Security (DHS)
U.S. Citizenship and Immigration Services,
EMILIO GONZALEZ, United States Citizenship
and Immigration Services,
MARY ANN GANTNER, District Director, New York District, USCIS
ROBERT MUELLER, Director of Federal Bureau of Investigation
                    Defendants.
-----------------------------------------------------------------x

I, _ALEKSANDR DORIAN NISSIM BUGAYEV_, declare under penalty of perjury that I have served a copy of the attached AMENDED SUMMONS AND AMENDED PETITION FOR HEARING AND DETERMINATION OF NATURALIZATION APPLICATION PURSUANT TO 8 U.S.C. § 1447(b), upon the following:

Michael J. Garcia, US Attorney    ACCEPTED BY ARETHA CHARLES
SDNY, Civil Division                      (CIVIL CLERK) AUTHORIZED TO ACCEPT
86 Chambers Street                        SERVICE
New York, NY 10004

DATED: _9/6/07_, New York

license number # _0994372_

Sworn to before me
this 6th day of September 2007

_NOTARY_

GARY TSIRELMAN ESQ
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
NO. 02TS6061675
COMMISSION EXPIRES JULY 16, 20__