UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Marina Flindell,

                                        Index No. 07 CIV 6253

                Plaintiff,
        against -

                                 AFFIRMATION OF SERVICE

JOHN DOE, US Attorney General
United States Department of Homeland Security,
MICHAEL CHERTOFF, Secretary of the Department
of Homeland Security (DHS)
U.S. Citizenship and Immigration Services,
EMILIO GONZALEZ, United States Citizenship
and Immigration Services,
MARY ANN GANTNER, District Director, New York District, USCIS
ROBERT MUELLER, Director of Federal Bureau of Investigation
                            Defendants.
-----------------------------------------------------------------x

I, __ALEKSANDR DORIAN NISSIM BUGAYEV__, declare under penalty of perjury that I have served a copy of the attached AMENDED SUMMONS AND AMENDED PETITION FOR HEARING AND DETERMINATION OF NATURALIZATION APPLICATION PURSUANT TO 8 U.S.C. § 1447(b), by certified mail, upon the following:

JOHN DOE, US ATTORNEY GENERAL
ATTORNEY GENERAL OF THE UNITED STATES

U.S. Department of Justice
250 Pennsylvania Avenue NW
Washington, DC 20530-0001

MICHAEL CHERTOFF

U.S. Department of Homeland Security
Washington, D.C. 20528

DHS

U.S. Department of Homeland Security
Washington, D.C. 20528

USCIS

425 I Street NW, Washington D.C. 20536.

Mary Ann Gantner

USCIS, Jacob Javits Federal Building
26 Federal Plaza, New York, NY 10278

Civil Process Clerk
Michael J. Garcia, US Attorney
SDNY, Civil Division
86 Chambers Street, New York, NY 10004

Robert Mueller
Federal Bureau of Investigation
935 Pennsylvania Ave, NW
Washington, DC 20535

DATED: _9/6/7_, New York

license number # 0994372

Sworn to before me
this 6th day of September 2007

NOTARY

GARY TSIRELMAN ESQ
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
NO. 02TS6061675
COMMISSION EXPIRES JULY 16, 20_/_/

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Marina Flindell,

                                Plaintiff,

                against -

Index No. 07 CIV 6253

AFFIRMATION OF SERVICE

JOHN DOE, US Attorney General
United States Department of Homeland Security,
MICHAEL CHERTOFF, Secretary of the Department
of Homeland Security (DHS)
U.S. Citizenship and Immigration Services,
EMILIO GONZALEZ, United States Citizenship
and Immigration Services,
MARY ANN GANTNER, District Director, New York District, USCIS
ROBERT MUELLER, Director of Federal Bureau of Investigation
                        Defendants.
------------------------------------------------------------x

I, _ALEKSANDR DORIAN NISSIM BUGAYEV_, declare under penalty of perjury that I have served a copy of the attached AMENDED SUMMONS AND AMENDED PETITION FOR HEARING AND DETERMINATION OF NATURALIZATION APPLICATION PURSUANT TO 8 U.S.C. § 1447(b), upon the following:

Michael J. Garcia, US Attorney     ACCEPTED BY ARETHA CHARLES
SDNY, Civil Division                     (CIVIL CLERK) AUTHORIZED TO ACCEPT
86 Chambers Street                      SERVICE
New York, NY 10004

DATED: _9/6/07_, New York

license number # 0994372

Sworn to before me
this 6th day of September 2007

_NOTARY_

GARY TSIRELMAN ESQ
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN KINGS COUNTY
NO. 02TS6061675
COMMISSION EXPIRES JULY 16, 2011