```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
MARINA FLINDELL,                      :
                 Plaintiff,           :   07 CIV. 6253 (DLC)
                                      :
            -v-                       :   NOTICE OF INITIAL
                                      :   PRETRIAL CONFERENCE
ALBERTO GONZALEZ, U.S. Attorney       :
General, MICHAEL CHERTOFF, Secretary of:
the Department of Homeland Security   :
(DHS), EMILIO GONZALEZ, Director of the:
United States Citizenship and         :
Immigration Services (USCIS), MARY ANN:
GANTNER, USCIS District Director of New:
York City, and ROBERT S. MUELLER,     :
Director of Federal Bureau of         :
Investigation,                        :
                 Defendants.          :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

DENISE COTE, District Judge:

    This action has been assigned to me for all purposes. I will hold an initial pretrial conference in this case at the time and place listed below. The purpose of the conference is to discuss settlement and any possible motions you may wish to make, and to set a schedule for discovery. Come with a detailed list of discovery you need and a proposed schedule for discovery. If you are proceeding in this case pro se (without an attorney), you are required to appear personally at this conference. If you have retained an attorney, he or she should attend the conference in your place.

    If you cannot attend the conference at the time and date specified, you must request a change in writing, received not later than two business days before the conference. The request must (a) specify the reasons why you cannot attend, (b) state whether the other parties have consented to a change in the conference date, and (c) list alternative dates and times on subsequent Fridays when all parties are available to appear. Unless all parties are notified that the conference date has been changed, it will be held as scheduled.

    A copy of this Court's Individual Practices in Civil Pro Se Cases is enclosed. Attorneys and unrepresented parties are directed to consult these rules with respect to communications with chambers, requests for adjournments, and related matters.

1

     YOU ARE DIRECTED (i) TO NOTIFY THE ATTORNEYS FOR EACH DEFENDANT IN THIS ACTION OF THIS ORDER BY SERVING EACH ATTORNEY WITH A COPY OF THIS NOTICE AND THE INDIVIDUAL PRACTICES FORTHWITH, AND (ii) TO FILE PROOF OF SUCH SERVICE WITH THE COURT BY SENDING IT TO THIS COURT'S PRO SE OFFICE, ROOM 230, UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, NEW YORK 10007. IF YOU ARE UNAWARE OF THE IDENTITY OF COUNSEL FOR A DEFENDANT, YOU MUST FORTHWITH SERVE A COPY OF THE NOTICE AND PRACTICES ON THAT PARTY.

     DATE AND PLACE OF CONFERENCE: **NOVEMBER 30, 2007 AT 11:30 A.M.** AT THE UNITED STATES COURT HOUSE, 500 PEARL STREET, NEW YORK, NEW YORK, IN COURTROOM 11B.

     SO ORDERED:

Dated:    New York, New York
           October 16, 2007

                                            DENISE COTE
                                  United States District Judge

COPIES MAILED TO:

Marina Flindell
200 East 78th Street
New York, NY 10075

John D. Clopper
Assistant U.S. Attorney
86 Chambers Street
New York, NY 10004