UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MARINA FLINDELL

                                  **NOTICE OF APPEARANCE**

         Plaintiff,

    -against-                  Index #  07 CV 6253

US ATTORNEY GENERAL, ET AL.

         Defendant.
------------------------------------x

To: Clerk of Court
    United States District Court
    Southern District of New York

Please take notice that Plaintiff appears in this action by the undersigned attorneys and requests the Clerk to note his appearance in this case.

Dated: September 26, 2007

                                       /s/ Pascalova
                                       Julia Paskalova (JP0950)
                                       Attorneys for the Plaintiff
                                       Address:
                                       Gary Tsirelman P.C.
                                       55 Washington St. Suite 606
                                       Brooklyn NY 11201
                                       (718) 438-1200

To:
JOHN D. Clopper
Assistant United States Attorney
86 Chambers Street 3rd Fl
New York, NY 10007