UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MARINA FLINDELL,                        :
                         Plaintiff,     :
                                        :
        -v-                             :
                                        :
MICHAEL B. MUKASEY,[1] U.S. Attorney    :    07 Civ. 6253 (DLC)
General, MICHAEL CHERTOFF, Secretary of :
the Department of Homeland Security,    :         ORDER
EMILIO GONZALEZ, Director of the United :
States Citizenship and Immigration      :
Services (USCIS), MARY ANN GANTNER,     :
USCIS District Director of New York     :
City, and ROBERT S. MUELLER, Director   :
of the Federal Bureau of Investigation, :
                         Defendants.    :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

DENISE COTE, District Judge:

   On July 6, 2007, plaintiff filed this action pro se.  On

September 25, counsel for plaintiff filed a notice of

appearance.  Since the plaintiff has retained counsel, the case

will be designated Electronic Case Filing from this moment

forward and counsel for both parties shall comply with the

Court's procedures governing electronic case filing.

   SO ORDERED:

Dated:    New York, New York
          November 19, 2007

                                    _____
                                              DENISE COTE
                                    United States District Judge

---

[1]  Pursuant to Federal Rule of Civil Procedure 25(d), Attorney
General Michael B. Mukasey is automatically substituted for
former Attorney General Alberto R. Gonzales.