USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

U.S. Department of Justice

United States Attorney
Southern District of New York



86 Chambers Street, 3rd Floor
New York, New York 10007

November 5, 2007

**BY HAND**
The Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

MEMO ENDORSED

RECEIVED
NOV -6 2007
CHAMBERS OF
DENISE COTE

Re:   *Flindell v. Keisler et al.*, No. 07 Civ. 6253 (DLC)

Dear Judge Cote:

    This Office represents the defendants, Peter Keisler, Acting Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security ("DHS"); Emilio Gonzalez, Director of the United States Citizenship and Immigration Services ("USCIS"); Mary Ann Ganter, USCIS District Director of New York City, and Robert S. Mueller, Director of the Federal Bureau of Investigation (collectively, the "Government"), in the above-referenced case.[1] Plaintiff seeks to compel the Government to adjudicate her application for naturalization.

    The Government's answer or other responsive pleading is currently due on November 6, 2007. The Government requests a 45-day extension of time – until December 21, 2007 – to answer or otherwise respond to the complaint. The extension of time will enable the Government to better determine the status of plaintiff's application for naturalization, and potentially facilitate the resolution of the case.

    This is the Government's first request for an extension. Plaintiff's counsel consents to this request.

Granted.

/s/ Denise Cote
November 19, 2007
nunc pro tunc

---

[1] Pursuant Rule 25(d)(1) of the Federal Rules of Civil Procedure, Acting Attorney General Peter Keisler has been substituted for former Attorney General Alberto Gonzales.

Thank you for your consideration of this request.

                                    Respectfully,

                                    MICHAEL J. GARCIA
                                    United States Attorney

By:       /s/ John Clopper
                                    JOHN D. CLOPPER
                                    Assistant United States Attorney
                                    Telephone: (212) 637-2716
                                    Facsimile: (212) 637-0033

cc:    <u>BY MAIL</u>
        Gary Tsirelman, Esq.
        55 Washington Street
        Suite 606
        Brooklyn, NY 11201