UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Marina Flindell,

                                  Index No. 07 CIV 6253

            Plaintiff,

                 - against -

                                  STIPULATION OF DISMISSAL
JOHN DOE, US Attorney General          WITH PREJUDICE
United States Department of Homeland Security,
MICHAEL CHERTOFF, Secretary of the Department
of Homeland Security (DHS)
U.S. Citizenship and Immigration Services,
EMILIO GONZALEZ, United States Citizenship
and Immigration Services,
MARY ANN GANTNER, District Director, New York District, USCIS
ROBERT MUELLER, Director of Federal Bureau of Investigation
                           Defendants.
------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
         November 29, 2007

| | |
|---|---|
| The Law Offices of Gary Tsirelman P.C. | US Attorney Michael J. Garcia |
| Attorneys for Plaintiff | Attorneys for Defendants |
| By:_____ | By:_____ |
| Gary Tsirelman, Esq.<br>55 Washington St., Suite 606<br>Brooklyn, New York 11201<br>(718) 438-1200 | John D. Clopper<br>Assistant US Attorney<br>86 Chambers Street, 3rd Fl,<br>New York, NY 10007<br>(212) 637-2716 |