DEC-03-2007 16:57        US ATTORNEY                                   212 637 0033    P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

Marina Flindell,

                Plaintiff,                Index No. 07 CIV 6253 (DLC)

             - against -

JOHN DOE, US Attorney General          STIPULATION OF DISMISSAL
United States Department of Homeland Security,    WITH PREJUDICE
MICHAEL CHERTOFF, Secretary of the Department
of Homeland Security (DHS)
U.S. Citizenship and Immigration Services,
EMILIO GONZALEZ, United States Citizenship
and Immigration Services,
MARY ANN GANTNER, District Director, New York District, USCIS
ROBERT MUELLER, Director of Federal Bureau of Investigation
                  Defendants.
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

        IT IS HEREBY STIPULATED AND AGREED by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
       November 29, 2007

The Law Offices of Gary Tsirelman P.C.        US Attorney Michael J. Garcia

Attorneys for Plaintiff                      Attorneys for Defendants

By: _____              By: _____

Gary Tsirelman, Esq.                         John D. Clopper
55 Washington St., Suite 606               Assistant US Attorney
Brooklyn, New York 11201                 86 Chambers Street, 3rd Fl,
(718) 438-1200                               New York, NY 10007
                                                 (212) 637-2716

1

_____
U.S.D.J.
December 5, 2007

TOTAL P.02